**MOLTEN METAL EQUIPMENT INNOVATIONS, INC.,**
**Plaintiff–Appellee,**

v.

**METAULLICS SYSTEMS CO., L.P.**
**and Metaullics Systems Co.,**
**Defendants–Appellants.**

No. 03–1595.

United States Court of Appeals, Federal Circuit.

May 10, 2004.

Donald R. Dunner, Principal Attorney, Finnegan, Henderson, Washington, DC, Jay Reed Campbell, Gordon D. Kinder II, Todd R. Tucker, Of Counsel, Renner, Otto, Cleveland, OH, David Penn Frazier, Of Counsel, Finnegan, Henderson, Washington, DC, for Defendant–Appellant.

Timothy J. O'Hearn, Principal Attorney, Patrick J. Norton, Of Counsel, Jones Day, Cleveland, OH, for Plaintiff–Appellee.

Before MAYER, Chief Judge, NEWMAN and GAJARSA, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.